FRED R. WHEELER, Respondent, v. PASQUALE CONCILLA et al., Defendants, and CUTHBERT J. FARRELL, Appellant.

*Mortgage — foreclosure — application of insurance moneys in payment of mortgage debt — effect upon liability to pay annual installment on principal.*

*Wheeler* v. *Farrell*, 175 App. Div. 966, affirmed.

(Argued May 3, 1921; decided May 31, 1921.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 23, 1916, affirming a judgment in favor of plaintiff entered upon a decision of the court at an Equity Term. The action was to foreclose a mortgage upon real property, the principal of which was payable in twelve annual installments. First a barn and then a dwelling house on the premises were destroyed by fire and the mortgagee was paid the insurance thereon. He did not rebuild but elected to apply the proceeds of such insurance on the mortgage indebtedness. Appellant contended that the application of the insurance moneys in payment of the principal relieved the mortgagor from his obligation to pay the annual installments thereon.

*S. Wallace Dempsey* for appellant.

*Clifford Nichols* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., MCLAUGHLIN, CRANE and ANDREWS, JJ. Dissenting: CHASE and CARDOZO, JJ. Not voting: POUND, J.